FILED
2016 Apr-11 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

James Earl Thomas

    Plaintiff,

Vs.

Yolonda Smiley, is sued in her
individual and official position as
Manager for ALCO Management,
Inc., AMO.

  Alex Mauldin, is sued in his individual
and official position as janitor for ALCO
Management, Inc., AMO.

  DY Smith, is sued in her individual
and official capacity, as a police officer.

  Kathie Alexander, is sued in her individual
and official position as head manager for
ALCO Management, Inc. AMO.

  John      is sued in his individual
and official position as janitor for ALCO
Management, Inc. AMO.

  Mylinda Curley, is sued in her
Individual and official position as
A manager for ALCO Management,
Inc., AMO.

**COMPLAINT WITH JURY DEMAND**

CV-16-TMP-0584-S

### Introduction

This is a civil rights action filed by James Earl Thomas, a senior citizen, for damages and

injunctive relief under 42 U. S.C. $ 1983, alleging conspiracy to violate his Due Process and

Equal Protection rights which is guaranteed by the Fourteenth Amendment to the United States

Constitution.

Plaintiff also alleges state law claims of negligence, breach of contract, and a violation of

1.

Alabama Code $ 6-11-20 (b) (3), nuisance, harassment.

## JURISDICTION

1.  The Court has jurisdiction over the plaintiff's claims of violation of federal Constitutional rights under 42 U. S. C. $ 1331 (1) and 1343.

2.  The Court has supplemental jurisdiction over the plaintiff's State Law Claims under 28 U.S.C. $ 1367.

3.  Venue is proper pursuant to 28 U.S.C. $ 1393 (b), in that the events or occurrences giving rise to plaintiff's claims occurred in the Northern District of Alabama and pursuant to Alabama Code $ 6-3-2 and 6-3-11 (1975).

## PARTIES

4.  The plaintiff James Earl Thomas is a senior citizen of the United States and a resident of Jefferson County, Alabama and live at Birmingham Towers * 2712 31st Avenue North * Birmingham, Alabama 35207.

5.  Dy Smith, work for Birmingham Police Department * 1710 1st Avenue North * Birmingham, Alabama and she is believe to be a United States Citizen.

6.  Yolonda Smiley, work as a manager for Birmingham Towers ALCO Management, Inc., AMO, 2712 31st Avenue North * Birmingham, Alabama 35207 and believe to be a United States Citizen.

7.  Alex Mauldin, work as a janitor for Birmingham Tower ALCO Management, Inc., AMO, 2712 31st Avenue North * Birmingham, Alabama 35207 and believe to be a United States Citizen.

8. Kathie Alexander, is the head manager of Birmingham Towers 2712 31st Avenue North Birmingham, Alabama 35207 she work for ALCO Management, Inc., AMO and is believe to be an United States Citizen.

9. John          work as a janitor for Birmingham Towers 2712 31st Avenue North ALCO Management, Inc., AMO.

10. a Mylinda Curley, work as a manager for Birmingham Towers ALCO Management, Inc., AMO, 2712 31st Avenue North * Birmingham, Alabama 35207 and believe to be a United States Citizen

10. All defendants have acted, and continue to act, under color of State Law at all times relevant to this complaint.

## FACTS

11. Plaintiff James Earl Thomas filed law suit against Ann Wright who works for the Firehouse.

12. The case was dismissed in this Court.

13. Exhibit "A" is attached as a copy with the captain for the case number.

14. Plaintiff then filed law suit in the State Court.

15. Exhibit "B" is attached as a copy with the case number.

16. On December 29, 2015, a man in a silver truck, tag number 25 AT 819.

17. He was parked about a block from Birmingham Towers, by a stop sign and out in the road so that he could see what was going on at the Towers.

18. On information and belief Ann Wright hire him, Alex Mauldin, and Yolonda Smiley to murder plaintiff.

19. Ann Wright tried to avoid service of process example there are people at the Firehouse seven-days a week twenty four hour a day.

20. On information and belief Ann Wright instructed every one not to sign for any mail from plaintiff James Earl Thomas.

21. Exhibit "C" is attached as a copy of the "notice of no service".

22. Yolonda Smiley, Alex Mauldin, Kathie Alexander, John and Mylinda Curley are members of a

3.

well-organized organization.

23. They all work together like a hand and glove.

24. Alex Mauldin, Yolonda Smiley conspired to murder plaintiff for money.

25. Plaintiff apartment is marked with white paint on the outside.

26. Yolonda Smiley gave plaintiff's apartment key to one of her henchman so that they could murder plaintiff but he could not get in.

27. On information and belief he would be paid by Ann Wright.

28. When someone uses a key to come into your apartment at night, he is coming to kill or be kill.

29. One of more of Yolonda Smiley's henchmen tried to enter plaintiff's apartment on the following dates.

30. January 10, 2016, February 28, 2016 and March 3, 2016.

31. The incident that happen on January 10, 2016, plaintiff did not call the police because he thought that he might have forgotten to lock the dead bolt lock.

32. The incident that happen on February 28, 2016, plaintiff did call the Birmingham Police.

33. A police officer came; plaintiff told her that someone with a key tried to enter his apartment.

34. She asked plaintiff how he knows.

35. Plaintiff said at night before he go to bed that he put a can on the door handle, if the can fall to the floor that means someone tried to come.

36. She made an excuse for the staff of Birmingham Towers.

37. The police told plaintiff that someone could have been walking by and hit the door and knocked the can down.

38. Plaintiff knew that was impossible.

4.

39. On March 3, 2016 one or more of Yolonda Smiley's henchmen tried to enter plaintiff's apartment and he call the Birmingham Police.

40. Plaintiff told her that someone with a key tried to enter his apartment.

41. She said "because the can fell to the floor".

42. Plaintiff answered yes.

43. She got mad with plaintiff and "said I am tired of coming out here on a false report because a car. be on the floor the next day".

44. She "said in a nasty way give me some ID I am going to see if you got any warrants on you".

45. She threaten to have plaintiff mental examined.

46. She claimed that it was too hot in the apartment for her so we talked in the hall.

47. She was talking so loud that residents on both ends of the hall could hear her.

48. She was trying to let it be known that plaintiff could tell if someone with a key try to enter his apartment.

49. Plaintiff has notice that Yolonda Smiley's henchmen have not tried to enter his apartment since.

50. The police officer warned the staff of Birmingham Towers that plaintiff can tell when someone with a key try to enter his apartment.

51. The police officer was bias against plaintiff and tried to discourage him from calling the police.

52. Example, she written her report favorable to the staff and unfavorable to plaintiff.

53. Facts favorable to plaintiff were left out of her report, namely (a) the can was full or UN open plaintiff reported that a key was use, naturally, the door would not be damages.

54. The fact that the door was not damaged she was trying to make it appear that a crime was not committed.

55. The police officer was out there five minutes or less and says that a crime was not committed.

56. Plaintiff been living there seven months and call the police because a crime was committed.

57. The matter would have better been decided by a jury.

## A DESCRIPTION OF PLAINTIFF'S DOOR AND WHY A FULL CAN WILL NOT FALL UNLESS SOMEONE WITH A KEY TRY TO ENTER THE APARTMENT

58. Plaintiff's apartment has a steel door.

59. Two locks are on the door, one is a dead-bolt lock, the other locks when the doors close.

60. When the door opens, it passes by the closet six inches.

61. When the plaintiff is in his apartment he opens the closet door.

62. Plaintiff has two 33 inches 1 x 10 boards taped together.

63. When plaintiff is in his apartment he has the closet door open.

64. One end of the 1 x 10 boards is placed in the outside corner of the closet door steel frame.

65. The other end of the 1 x 10 boards is placed against the door.

66. Therefore, when someone with a key unlocks the door, the door will hit against the 1 x 10 boards and stop, but the can will fall because of the vibration, when the door hit against the 1 x 10 boards.

67. So this is how plaintiff knows that he was right and the police was wrong.

68. The police was out there five minutes or less and say no crime was committed.

69. Plaintiff lived there seven months and say that a crime was committed.

70. Alex Mauldin with the help of Yolonda Smiley tried on two occasions to trick plaintiff into his apartment so that he could collect the contract money.

71. That is the reason why it was on Thursday November 12, 2015 before the bath tub was unstopped.

72. The police denied plaintiff the equal protection of the law when she was bias against plaintiff.

73. Plaintiff suffered mental and emotional distress because of defendants' actions and inactions.

74. Pursuant to the conspiracy and in furtherance thereof, on March 22, 2016, at 9: 34 A. M. John came and knocked on plaintiff's door.

75. Plaintiff asked who it is.

76. He answered "pest control".

77. He was trying to trick plaintiff to open his door.

78. Yolonda Smiley falsified the date on a work order to cover Alex Mauldin and her criminal intent.

79. See exhibit "E" which is the work order.

80. Notice the date on service work order.

81. It gives the date called, November 12, 2015.

82. The above date is wrong.

83. The request that plaintiff made was verbal.

84. Plaintiff made a verbal request to unstop his bath tub Monday November 9, 2015.

85. Alex Mauldin waited Monday, Tuesday, Wednesday and Thursday trying to come at a time when plaintiff was in his apartment.

86. Plaintiff knew of the murder plot so he made it his business not to be in the apartment until after 5:00 P. M.

87. Plaintiff do not remember the date, but there was another time that plaintiff made a verbal request to have his bath tub unstop after two days pass the tub was not unstopped so plaintiff cancel the request.

88. Plaintiff asked manager Smiley why it takes so long to unstop his bath tub she replied that plaintiff was not the only resident.

89. After Alex Mauldin unstopped plaintiff's bath tub November 12, 2015 the bath tub stopped up again three days later.

90. Plaintiff became suspicious.

7.

91. Defendant Smiley was acting under color of state law because she knew that the police would take her word over the residents, because the police works with Birmingham Towers (staff).

92. Brute force is used on the residents that are the reason why plaintiff could not get John's last name from residents that lived there ten years or longer.

93. That is why plaintiff did not have a witness when someone went into his apartment with a key and stole something.

94. The residents know that manager Smiley have a key to their apartment and have henchmen who will come into their apartment at night and terrorized or kill them, that is why they see nothing, know nothing, and hear nothing.

95. The residents will do what the staff say do, whether it right or wrong.

96. With this knowledge plaintiff fixed his door so that they cannot come in.

97. See paragraphs forty-nine through sixty nine of this complaint, where the police is working with the staff.

98. Defendant Smiley was working in concert with the janitors to gain access to plaintiff's apartment when he would be inside.

99. That is why three days passed and plaintiff's bath tub was not unstopped, plaintiff was not in the apartment.

100. Plaintiff put in a verbal request to defendant Smiley on November 9, 2015 to unstop his bath tub.

101. It was November 12, 2015 before plaintiff's bath tub was unstopped.

8.

102. Defendant Smiley falsified the date on the work order to cover Alex Mauldin and her criminal intent.

103. Plaintiff knew of the murder plot that is why he would never be in the apartment when there is work to be done.

104. The actions and in actions of defendant Smiley denied plaintiff a decent, safe. and sanitary apartment.

105. Manager Mylinda Curley joins the conspiracy by trying to create a reason for the janitors to get into plaintiff's apartment while he was in there.

106. She called plaintiff ten days after that he had put in a request to unstop his bath tub.

107. See exhibit "F" which is plaintiff request.

108. She told plaintiff that it was unsanitary to have his bath tub stopped up.

109. Because of the murder plot plaintiff told her that no one was coming into his apartment.

110. On March 01, 2016 manager Mylinda Curley created a frivolous "notice" designed to ensure that plaintiff would be in his apartment one of the days on the "notice".

111. Exhibit "J" is attached as a copy of the "frivolous notice".

112. Plaintiff could tell that the notice was frivolous because of the following reason.

113. See exhibits "K", "L" and "M" which are legitimate notices because they have the floors numbers on them.

114. They give the residents accurate notice so that someone on the fifth floor want get dates mix-up with someone on the second floor.

115. The frivolous notice was designed so that out of two weeks plaintiff would be in the apartment one of those days.

9.

116.   Plaintiff's bath-tub has been stop-up since that time.

117.   Because of the murder plot plaintiff do not request that his bath-tub be unstop.

118.   See exhibit "F" which is plaintiff's strict directions.

119.   Exhibit "I" is attached as a copy of the contract between plaintiff and Birmingham Towers.

120.   Defendant Yolonda Smiley breach the contract, she was negligence, and she created a nuisance when she failed to have the maintenance men to unstop plaintiff's bath-tub in a timely manner.

121.   Defendant Smiley tried to force plaintiff to be in the apartment during the time work is to be performed by maintenance men by not doing the things that she was required to do.

122.   Plaintiff leave home and when he had returned someone with a key had went into his apartment and stole a can of sweet potatoes.

123.   Plaintiff called the Birmingham Police Department.

124.   Exhibit "D" is attached as a copy of the police report.

125.   Plaintiff notices that the paper seal that he signs and glued to the refrigerator door had been broken.

126.   Plaintiff went to the offices and reported it to manager Smiley.

127.   Plaintiff requested that a new lock be put on his door and he agreed to pay the $40.00 fee.

128.   Yolonda Smiley refused.

129.   Defendants have acted separately and in concert to violate plaintiff's rights.

**RELIEF REQUESTED**

10.

## First Cause of Action

130. Plaintiff James Earl Thomas Fourteenth Amendment right which is guaranteed by the United States Constitution was violated when the police officer DY Smith acted in concert with Yolonda Smiley, Alex Mauldin, Kathie Alexander and John.

## Second Cause of Action

131. Plaintiff James Earl Thomas was denied the equal protection of the law which is guaranteed by the Fourteenth Amendment to the United States Constitution when the police officer Dy Smith was bias against plaintiff during her investigation.

## Third Cause of Action

132. Yolonda Smiley violated state law of Alabama Code 1975 $ 6-11-20 (b) (3), by refusing to change the lock on plaintiff's door.

## Fourth Cause of Action

133. Yolonda Smiley violated state law of negligence when she refused to have plaintiff's bath-tub unstopped in a timely manner.

## Fifth Cause of Action

134. Yolonda Smiley violated state law of nuisance when she refuses to have plaintiff's bath-tub unstopped in a timely manner.

## Sixth Cause of Action

135. Yolonda Smiley, violated state law breach of contract when she denied plaintiff a decent, safe and sanitary apartment to live in.

## Seventh Cause of Action

136. John violated state law of harassment when he knocked on plaintiff's door March 22, 2016 at 9:34 A. M. saying that he was Pest Control.

11.

## RELIEF REQUESTED

**WHEREFORE, Plaintiff request that the court grant the following relief:**

A.    Issue a declaratory judgment stating that:

1.  The conspiracy to kill plaintiff violated his rights under the due process clause guaranteed by the Fourteenth Amendment to the United States Constitution.

2.  Defendant Alexander failure to take action to curb the abuse of the elder and the conspiracy to harm plaintiff constitute cruel and unusual punishment and violation of the Eighth Amendment to the United States Constitution and constituted an assault and battery under State law.

B.    Issue an injunction ordering defendant Alexander or her agents to:

1.  Remove Alex Mauldin, Yolanda Smiley, Mylinda Curley and John_____ from Birmingham Towers.

2.  These defendants will continue their unlawful actions.

3.  Grant a hearing to give plaintiff an opportunity to prove that someone tried to come into his apartment with a key after 12:00 at night.

C.    Award Compensatory damages in the following amounts:

1.  $10,000 dollars jointly and severally against defendants Mauldin, Curley, Alexander, Smith, Smiley and John for the emotional injuries sustained as a result of the defendants' conspiracy.

12.

D.      Award punitive damages in the following amounts:

    1.      $20,000 dollars each against defendants Alexander, Smiley, Smith and Curley.

    2.      $10,000 dollars each against defendants Mauldin, and John.

Date March 30, 2016

Respectfully submitted,

James Earl Thomas

2712 31st Avenue North, Apt.307

Birmingham, Alabama 35207

Phone (205) 266-9261

Pursuant to 28 U.S.C. $ 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 7, 2016

13.